*#620468 #128171*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2009 DEC 17 PM 2:49
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:      *      CASE # 04-39364 W
             CHAPTER 13
     *

Durain, Georgia M
Debtor      *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – several attempts to contact them. Trustee voided several <u>returned</u> disbursement checks from the United States Postal Service, "marked return to sender/unable to forward – box closed".

2. The balance of funds for the creditor in the amount of **$161.75** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "paid in full".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 594379 | CitiFinancial Investment Recovery<br>P O Box 913<br>Owings Mills, MD 21117 | 109.62 | 9/30/09 |
| Funds on Hand | CitiFinancial Investment Recovery<br>(same as above) | 52.13 | --- |

3. Your trustee's check #620468 for a total balance due of <u>$161.75</u> payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 12/16/09

_____
John P. Gustafson
Trustee in Bankruptcy

04-39364-maw    Doc 35    FILED 12/17/09    ENTERED 12/17/09 15:37:11    Page 1 of 1